**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA,  ) | |
| ) | |
| Plaintiff,  ) | |
| ) | |
| v.  ) | 2:12-CR-037-MMD-(RJJ) |
| ) | |
| MARTELL BERNARD BLAND,  ) | |
| ) | |
| Defendant.  ) | |

**PRELIMINARY ORDER OF FORFEITURE**

This Court finds that on October 18, 2012, defendant MARTELL BERNARD BLAND pled guilty to Count One of a One-Count Criminal Indictment charging him with Possession of a Firearm in violation of Title 18, United States Code, Section 922(g)(1). Criminal Indictment, ECF No. 1.

This Court finds, pursuant to Fed. R. Crim. P. 32.2(b)(1) and (2), the United States of America has shown the requisite nexus between property set forth in the Forfeiture Allegation of the Criminal Indictment and the offense to which defendant MARTELL BERNARD BLAND pled guilty. Criminal Indictment, ECF No. 1.

The following assets are subject to forfeiture pursuant to Title 18, United States Code, Section 924(d)(1) and Title 28, United States Code, Section 2461(c):

1. A Norinco shotgun bearing serial number 0026538; and
2. any and all ammunition.

This Court finds the United States of America is now entitled to, and should, reduce the aforementioned property to the possession of the United States of America.

1    NOW THEREFORE, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that the
2 United States of America should seize the aforementioned property.
3    IT IS FURTHER ORDERED, ADJUDGED, AND DECREED all right, title, and interest of
4 MARTELL BERNARD BLAND in the aforementioned property is forfeited and is vested in the
5 United States of America and shall be safely held by the United States of America until further order
6 of the Court.
7    IT IS FURTHER ORDERED, ADJUDGED, AND DECREED the United States of America
8 shall publish for at least thirty (30) consecutive days on the official internet government forfeiture
9 website, www.forfeiture.gov, notice of this Order, which shall describe the forfeited property, state
10 the time under the applicable statute when a petition contesting the forfeiture must be filed, and state
11 the name and contact information for the government attorney to be served with the petition, pursuant
12 to Fed. R. Crim. P. 32.2(b)(6) and Title 21, United States Code, Section 853(n)(2).
13    IT IS FURTHER ORDERED, ADJUDGED, AND DECREED a petition, if any, must be filed
14 with the Clerk of the Court, 333 Las Vegas Boulevard South, Las Vegas, Nevada 89101.
15    IT IS FURTHER ORDERED, ADJUDGED, AND DECREED a copy of the petition, if any,
16 shall be served upon the Asset Forfeiture Attorney of the United States Attorney's Office at the
17 following address at the time of filing:

18	Michael A. Humphreys
	Assistant United States Attorney
19	Daniel D. Hollingsworth
	Assistant United States Attorney
20	Lloyd D. George United States Courthouse
	333 Las Vegas Boulevard South, Suite 5000
21	Las Vegas, Nevada 89101.

22 . . .
23 . . .
24 . . .
25 . . .
26 . . .

1  IT IS FURTHER ORDERED, ADJUDGED, AND DECREED the notice described herein
2  need not be published in the event a Declaration of Forfeiture is issued by the appropriate agency
3  following publication of notice of seizure and intent to administratively forfeit the above-described
4  property.
5  DATED this __22nd__ day of __January_____, 2013.

_____
UNITED STATES DISTRICT JUDGE

3

**PROOF OF SERVICE**

I, Ray Southwick, Forfeiture Support Associate Paralegal, certify that the following individuals were served with copies of the Preliminary Order of Forfeiture on October 19, 2012 by the below identified method of service:

CM/ECF:

Raquel Lazo
Federal Public Defender
411 E. Bonneville Ave. Suite 250
Las Vegas, NV 89101
Raquel_Lazo@fd.org
Attorney for James Lee Brown

Randall J. Roske
Law Office of Randall J. Roske
2055 W. Charleston Blvd. Suite C
Las Vegas, NV 89102-2258
rjroske@yahoo.com
Attorney for Martell Bernard Bland

/s/Ray Southwick
Ray Southwick
Forfeiture Support Associate Paralegal