```
_____ FILED           _____ RECEIVED
_____ ENTERED         _____ SERVED ON
             COUNSEL/PARTIES OF RECORD

         MAR 1 1 2013

     CLERK US DISTRICT COURT
       DISTRICT OF NEVADA
BY: _____ DEPUTY
```

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>MARTELL BERNARD BLAND,<br><br>    Defendant. | 2:12-CR-037-MMD-(CWH) |

### FINAL ORDER OF FORFEITURE AS TO DEFENDANT MARTELL BERNARD BLAND

On February 4, 2013, this Court entered an Amended Preliminary Order of Forfeiture pursuant to Fed. R. Crim. P. 32.2(b)(1) and (2); Title 18, United States Code, Section 924(d)(1) and Title 28, United States Code, Section 2461(c), forfeiting property of defendant MARTELL BERNARD BLAND to the United States of America. Criminal Indictment, ECF No. 1; Change of Plea Minutes, ECF No. 45; Amended Preliminary Order of Forfeiture, ECF No. 53.

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED pursuant to Fed. R. Crim. P. 32.2(b)(4)(A) and (B) that the forfeiture of the property named in the Amended Preliminary Order of Forfeiture (ECF No. 53) is final as to defendant MARTELL BERNARD BLAND.

DATED this 11th day of March, 2013.

_____
UNITED STATES DISTRICT JUDGE