# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) |
| v. | ) 2:12-CR-037-MMD-(CWH) |
| MARTELL BERNARD BLAND, | ) |
| Defendant. | ) |

# FINAL ORDER OF FORFEITURE

On February 4, 2013, the United States District Court for the District of Nevada entered an Amended Preliminary Order of Forfeiture pursuant to Fed. R. Crim. P. 32.2(b)(1) and (2); Title 18, United States Code, Section 924(d)(1) and Title 28, United States Code, Section 2461(c) based upon the plea of guilty by defendant MARTELL BERNARD BLAND to the criminal offense, forfeiting specific property alleged in the Criminal Indictment and shown by the United States to have the requisite nexus to the offense to which defendant MARTELL BERNARD BLAND pled guilty. Criminal Indictment, ECF No. 1; Change of Plea Minutes, ECF. No. 45; Amended Preliminary Order of Forfeiture, ECF No. 53.

This Court finds the United States of America published the notice of the forfeiture in accordance with the law via the official government internet forfeiture site, www.forfeiture.gov, consecutively from February 7, 2013, through March 8, 2013, notifying all potential third parties of their right to petition the Court. Notice of Filing Proof of Publication, ECF No. 59.

1    This Court finds no petition was filed herein by or on behalf of any person or entity and the
2    time for filing such petitions and claims has expired.

3    This Court finds no petitions are pending with regard to the assets named herein and the time
4    for presenting such petitions has expired.

5    THEREFORE, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that all right,
6    title, and interest in the property hereinafter described is condemned, forfeited, and vested in the
7    United States of America pursuant to Fed. R. Crim. P. 32.2(b)(4)(A) and (B); Fed. R. Crim. P.
8    32.2(c)(2); Title 18, United States Code, Section 924(d)(1) and Title 28, United States Code, Section
9    2461(c); and Title 21, United States Code, Section 853(n)(7) and shall be disposed of according to
10   law:

11       1.   A Norinco shotgun bearing serial number 0026538; and
12       2.   any and all ammunition ("property").

13   IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that any and all forfeited
14   funds, including but not limited to, currency, currency equivalents, certificates of deposit, as well as
15   any income derived as a result of the United States of America's management of any property forfeited
16   herein, and the proceeds from the sale of any forfeited property shall be disposed of according to law.

17   The Clerk is hereby directed to send copies of this Order to all counsel of record and three
18   certified copies to the United States Attorney's Office.

19   DATED this __15th__ day of __April_____, 2013.

22   _____
     UNITED STATES DISTRICT JUDGE

2

**PROOF OF SERVICE**

    I, Michelle C. Lewis, Paralegal Specialist, certify that the following individuals were served with a copy of the Final Order of Forfeiture on April 15, 2013, by the below identified method of service:

CM/ECF:

Randall J. Roske
Law Office of Randall J. Roske
2055 W. Charleston Blvd., Ste. C
Las Vegas, NV 89102
rjroske@yahoo.com
*Attorney for Martell Bernard Bland*

                  /s/Michelle C. Lewis
                  Michelle C. Lewis
                  Paralegal Specialist